

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2019

No. 04-19-00472-CV

**IN RE** John M. **DONOHUE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Luz Elena D. Chapa, Justice
     Beth Watkins, Justice
     Liza A. Rodriguez, Justice

Relator filed a pro se "Motion for Permission to File Writ of Mandamus."[2]  If relator desires to file a petition for writ of mandamus, he must do so **no later than August 2, 2019**.  The petition must comply with Texas Rules of Appellate Procedure 52.3 and 52.7.  If relator does not file a petition for writ of mandamus by August 2, 2019, this proceeding will be dismissed for want of prosecution.  *See* TEX. R. APP. P. 42.3(b).

It is so **ORDERED** on July 17, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. CV-15-0000271, styled *John M. Donohue v. Bandera County Law Enforcement, et al.*, pending in the 198th Judicial District Court, Bandera County, Texas, the Honorable M. Rex Emerson presiding.

[2]  Relator filed his motion in cause number 04-19-000273-CV.  This court has assigned a new cause—04-19-00472-CV—in which relator must file the petition.